# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN MELTON** * | CIVIL ACTION | |
| Plaintiff, * | NUMBER: | 09-2864 |
| v. * | SECTION: | "J" (3) |
| **MICHAEL J. ASTRUE,** * **COMMISSIONER OF SOCIAL** **SECURITY ADMINISTRATION** * | | |
| Defendant. * | | |

\* \* \*

## ORDER

After consideration of Defendant's Motion to Reverse and Remand, the Court finds that the Motion is well-taken and should be granted. Therefore, the Court,

**ORDERS, ADJUDGES, AND DECREES** that the above-captioned matter be reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings.

New Orleans, Louisiana this 30th day of September, 2009.

_____
United States District Judge